1  MANUELA ALBUQUERQUE, City Attorney      SBN 67464
   MATTHEW J. OREBIC, Deputy City Attorney     SBN 124491
2  Morebic@ci.berkeley.ca.us
   2180 Milvia Street, Fourth Floor
3  Berkeley, CA 94704
   TEL.:  (510) 981-6950
4  FAX.:  (510) 981-6960

5  Attorneys for Defendants CITY OF BERKELEY
   and OFFICER STEVEN FLEMING
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO BRANCH

11

   **RHONDA REID,**                          | **NO.  C 04 00879 PJH**
12
          Plaintiff,                         | **STIPULATION AND ORDER OF**
13                                           | **DISMISSAL OF ENTIRE COMPLAINT**
   v.                                        | **WITH PREJUDICE**
14
   **BERKELEY POLICE DEPARTMENT, et**
15 **al.,**

16        Defendants.

17

18         Plaintiff Rhonda Reid, through her attorney George Holland, Jr., and defendants City of

19 Berkeley and Officer Steven Fleming, through their attorney Matthew J. Orebic, stipulate that

20 this entire action is dismissed with prejudice, and each side is to bear their own costs and fees.

   Dated:  June 24, 2005                     MANUELA ALBUQUERQUE, City Attorney
21                                            MATTHEW J. OREBIC, Deputy City Attorney

22                                By:   _____/s/_____
                                        MATTHEW J. OREBIC, Attorney for Defendants
23

   Dated:  July 13, 2005                     LAW OFFICES OF GEORGE HOLLAND, JR.
24
                                  By:   _____/s/_____
25                                      GEORGE HOLLAND, JR., Attorney for Plaintiff
                                        RHONDA REID
26 **IT IS SO ORDERED**

27 Dated:  ___7/15/05_____

                                        _____
28                                      JUDGE OF THE DISTRICT COURT

                                        1